IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN B. SAPP and JAMIE HOPPER,<br><br>Plaintiffs,<br><br>v.<br><br>INDUSTRIAL ACTION SERVICES, LLC and RELADYNE, LLC,<br><br>Defendants. | Civil Action No. 19-912-RGA |

## MEMORANDUM ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion to Dismiss Counts I and III of Plaintiffs' Third Amended Complaint (D.I. 119) is GRANTED. Counts I and III are DISMISSED.

IT IS SO ORDERED.

Entered this 17th day of July, 2024

_____
United States District Judge