# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN B. SAPP and JAMIE HOPPER,<br><br>Plaintiffs,<br><br>v.<br><br>INDUSTRIAL ACTION SERVICES, LLC and RELADYNE, LLC,<br><br>Defendants. | Civil Action No. 1:19-cv-00912-RGA |

## PLAINTIFFS' JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs Kevin B. Sapp and Jaime Hopper, by and through their undersigned counsel, hereby demand a trial by jury on all causes of action and issues so triable.

Dated: August 8, 2024

OF COUNSEL:

Maureen Farrell
**MUERY & FARRELL PC**
6200 La Calma Drive
Austin, TX 78752
maureen@texanlegal.com
filing@texanlegal.com

**CHIPMAN BROWN CICERO & COLE, LLP**

  /s/ Joseph B. Cicero
Joseph B. Cicero (#4388)
Ryan M. Lindsay (#6435)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
cicero@chipmanbrown.com
lindsay@chipmanbrown.com

*Attorneys for Plaintiffs*

4864-1989-4486, v. 1